No. 819. AMERICAN SURETY Co. *v.* WESTINGHOUSE ELECTRIC MANUFACTURING Co. ET AL. April 29, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Francis B. Carter* and *Francis B. Carter, Jr.,* for petitioner. *Messrs.*

*William Fisher, W. H. Watson,* and *S. Pasco* for respondents.